**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-14071-CV-MIDDLEBROOKS/Maynard

IN THE MATTER OF:

THE COMPLAINT OF RIVER VENTURES,
LLC, AS OWNER AND OPERATOR OF THE
M/V OLD GLORY, IN A CAUSE OF ACTION
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY,

    Limitation Plaintiff.
_____/

## ORDER APPROVING *AD INTERIM* STIPULATION, DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING PROSECUTION OF CLAIMS

    A Verified Complaint having been filed herein on the 8th day of February, 2021, by River Ventures, LLC ("Limitation Plaintiff"), as owner and operator of the M/V OLD GLORY, for exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure for any loss, claim, death, injuries, destruction, or alleged damage caused by or resulting from the August 19, 2020 allision involving the M/V OLD GLORY, as more fully described in the Complaint;

    And, the Verified Complaint having stated that the value of Limitation Plaintiff's interest in the M/V OLD GLORY and her pending freight, if any, immediately following the aforesaid casualty does not exceed EIGHTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100THS ($88,500.00) DOLLARS as set forth in the Affidavit of Value and the Affidavit of Pending Freight attached to Limitation Plaintiff's Ad Interim Stipulation;

    And the Limitation Plaintiff, in conjunction with its Ad Interim Stipulation, having deposited with the Court as security for the benefit of Claimants, a Letter of Undertaking issued

1

by U.S. Specialty Insurance Company, dated January 27, 2021, not less than equal to the amount or value of Limitation Plaintiff's interest in the said vessel and her pending freight in the sum of EIGHTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100THS ($88,500.00) DOLLARS, with interest at six percent (6%) per annum from its date;

**NOW, THEREFORE**, on motion of Lau, Lane, Pieper, Conley, & McCreadie, P.A., attorneys for the Limitation Plaintiff, it is ordered as follows:

(1) The above-described Ad Interim Stipulation (DE 4) and accompanying Letter of Undertaking (DE 4-1) deposited by the Limitation Plaintiff, River Ventures, LLC, with the Court for the benefit of claimants in the sum of EIGHTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100THS ($88,500.00) DOLLARS with interest as aforesaid, as security for the amount or value of the Limitation Plaintiff's interest in the M/V OLD GLORY and her pending freight, be and they are hereby APPROVED;

(2) The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30501 *et seq.*, as amended;

(3) A Notice SHALL BE ISSUED by the Clerk of Court to all persons asserting claims with respect to which the Verified Complaint seeks exoneration from or limitation of liability admonishing them to file their respective claims with the clerk of Court in writing, and to serve on counsel for Limitation Plaintiff a copy thereof on or before the **14th day of April, 2021**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for Limitation Plaintiff an answer to the Verified Complaint on or before the said date, unless his claim has included an answer to the Verified Complaint, so designated, or be defaulted;

(4) The aforesaid Notice SHALL BE PUBLISHED in the forum required by Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, once each week for four successive weeks prior to the date fixed for the filing of the claims in the "Daily Business Review" or such other newspaper or newspapers as the court may direct and copies of the Notice shall also be mailed in accordance with Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure;

(5) The commencement of and the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution thereafter of any and all actions, suits or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits

or proceedings against the Limitation Plaintiff as aforesaid, or against the M/V OLD GLORY, or their liability insurers or against any property of the Limitation Plaintiff, except in this action, to recover damages for or in respect of any loss of life, injury, loss, destruction and/or damages caused by or resulting from the aforesaid allision as alleged in the Complaint, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action;

(6) Service of this Order as restraining order may be made by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 3rd day of March, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record